UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) KENDALL HUMPHREY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:20-cv-00539-GKF-CDL |
| | ) | |
| vs. | ) | Judge Gregory K. Frizzell |
| | ) | |
| (1) TEVA PHARMACEUTICALS USA, INC., | ) ) | Stipulation of Dismissal Without Prejudice |
| (2) TEVA WOMEN'S HEALTH, INC. d/b/a TEVA WOMEN'S HEALTH, LLC, | ) ) | |
| (3) TEVA WOMEN'S HEALTH, LLC, | ) | |
| (4) THE COOPER COMPANIES, INC., and | ) | |
| (5) COOPERSURGICAL, INC. | ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff and Defendants in the above-referenced action, and through their respective counsel of record, hereby stipulate and agree to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) subject to the following terms:

1. This dismissal does not toll or extend any applicable statute of limitations;

2. Plaintiff agrees that she can only assert her claims in a Complaint filed in the United States District Court for the Northern District of Oklahoma; and

3. Each party shall bear its own costs.

STIPULATED & AGREED:

By: *s/ Peyton P. Murphy*
Peyton P. Murphy
**MURPHY LAW FIRM, LLC**
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Tel: (225) 928-8800
Fax: (225) 246-8780
Email: Peyton@murphylawfirm.com

By: *s/ Jennifer Rae Annis*
Jennifer Rae Annis (OBA# 17741)
**ATKINSON HASKINS NELLIS BRITTINGHAM GLADD & FIASCO**
525 S. Main, Suite 1500
Tulsa, OK 74103
Tel: (918) 582-8877
Fax: (918) 585-8096
Email: ECF@ahn-law.com

By: *s/ Randi Kassan*
Randi Kassan
**SANDERS PHILLIPS GROSSMAN, LLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
Email: Rkassan@thesandersfirm.com

By: *s/ Hugh M. Robert*
Hugh M. Robert
**SHERWOOD, MCCORMICK & ROBERT**
15 W. 6th Street, Suite 2800
Tulsa, OK 74119
Tel: (918) 592-1144
Fax: (918) 576-6907
Email: Hugh@sm-oklaw.com

*Counsel for Plaintiff*

Dated: February 8, 2021

By: *s/ Stephen James Pontius*
Stephen James Pontius (OBA# 33587)
**ATKINSON HASKINS NELLIS BRITTINGHAM GLADD & FIASCO**
525 S. Main, Suite 1500
Tulsa, OK 74103
Tel: (918) 582-8877
Fax: (918) 585-8096
Email: Spontius@ahn-law.com

*Counsel for Defendants*

Dated: February 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*s/ Peyton P. Murphy*